**Allen W. OSTRANDER, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY,**
**Respondent.**

No. 00–3434.

United States Court of Appeals,
Federal Circuit.

Nov. 29, 2001.

ON MOTION

DYK, Circuit Judge.

*ORDER*

Allen W. Ostrander moves without opposition for leave to voluntarily dismiss his petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**Donald S. ANSON, George G.**
**Brownlee, and Ian M.**
**Jones, Appellants,**

v.

**Randal J. KAUFMAN, Charles B.**
**Shoemaker, and Louise C.**
**Wasley, Appellees,**

v.

**Frederick S. Hagen, Mark J. Murray,**
**Sharon J. Busby, Kathleen L. Berk-**
**ner, Margaret Y. Insley, Richard G.**
**Woodbury, and Charles L. Gray, Ap-**
**pellees.**

No. 02–1051.

United States Court of Appeals,
Federal Circuit.

Nov. 29, 2001.

*ORDER*

Upon consideration of the notice of election filed by Frederick Hagen pursuant to 35 U.S.C. § 141,

IT IS ORDERED THAT:

This appeal is dismissed. *See* 35 U.S.C. § 141.